IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEMINO MILLER, | : | CIVIL ACTION |
| | : | NO. 12-622 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al., | : | |
| | : | |
| Respondents. | : | |

FILED
SEP 24 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW,** this **24**th day of **September, 2013**, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 11) is **APPROVED** and **ADOPTED** as unopposed;[1]

(2) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice;**

(3) A Certificate of Appealability shall not issue; and

(4) The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

ENTERED
2 4 2013
CLERK OF COURT

---

[1] Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b).